3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>D-1　BETTY WING,<br><br>　　　　　Defendant.<br>_____/ | Case: 2:08-cr-20347<br>Judge: Tarnow, Arthur J<br>MJ: Pepe, Steven D<br>Filed: 06-18-2008 At 02:42 PM<br>INFO USA V WING (RRH)<br>HONORABLE.<br><br>VIOLATION:<br>　Embezzlement of Union Assets<br>　29 U.S.C. § 501(c) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
**(29 U.S.C. § 501(c) - Embezzlement of Union Assets)**

D-1　BETTY WING

From on or about June 26, 2003, to on or about March 31, 2004, in the Eastern District of Michigan, BETTY WING, Defendant herein, while acting as Secretary-Treasurer of the United Steelworkers of America, AFL-CIO Local 1077 (USW, Local 1077), formerly United Paperworkers International Union, AFL-CIO Local 1077 (PACE Local 1077), a labor organization engaged in an industry affecting interstate commerce, did engage in an ongoing scheme where she embezzled, stole and unlawfully and willfully abstracted and converted

to her own use, the moneys, funds, securities, property, or other assets of said labor organization by paying herself for false activities she claimed to have conducted on behalf of the local, and by adding numbers to existing checks payable to herself that increased the monetary value of the checks, in the approximate amount of Six Thousand Five Hundred Eighty Four and 65/100 Dollars ($6,584.65).

All in violation of Title 29, United States Code, Section 501(c).

Respectfully submitted,

STEPHEN J. MURPHY
United States Attorney

*/s/ James M. Wouczyna*
JAMES M. WOUCZYNA (P22562)
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9642
E-Mail: Jim.Wouczyna@usdoj.gov

DATED: June 18, 2008

2

# Criminal Case Cover Sheet   ORIGINAL

**United States District Court**
**Eastern District of Michigan**

Case Number

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

Case: 2:08-cr-20347
Judge: Tarnow, Arthur J
MJ: Pepe, Steven D
Filed: 06-18-2008 At 02:42 PM
INFO USA V WING (RRH)

## Companion Case Information

This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:

Yes        No    XX

AUSA's Initials: _Jmw_

**Case Title:** UNITED STATES v.   D-1   BETTY WING

**County where offense occurred:** Monroe

**Check One:**       XXX   Felony        Misdemeanor        Petty

- ■ Information; no prior complaint.
- ☐ Indictment based upon prior complaint [Case number:        ]
- ☐ Indictment ___ Information ___ based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information:

**Superseding to Case No:** _____   **Judge:** _____

- ☐ Original case was terminated; no additional charges or defendants.
- ☐ Corrects errors; no additional charges or defendants.
- ☐ Involves, for plea purposes, different charges or adds counts.
- ☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges |
|---|---|

June 18, 2008
Date

_James M. Wouczyna_
JAMES M. WOUCZYNA (P22562)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone: (313) 226-9642
E-Mail: Jim.Wouczyna@usdoj.gov

---

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same of related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/1/99